UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RASHAD SALEH, individually and on behalf of others similarly situated,<br><br>         Plaintiffs<br><br>vs.<br><br>VALBIN CORPORATION, a Virginia corporation;<br><br>         Defendant. | Case No: 5:17-cv-00593-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VALBIN CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST NABIL JANY AND JANAN DAWOOD**<br><br>DATE:   January 18, 2018<br>TIME:    1:30 p.m.<br>CTRM:   8 |

Having considered Defendant Valbin Corporation's Notice and Motion for Partial Summary Judgment against Nabil Jany and Janan Dawood and the arguments relevant thereto,

IT IS on this 18th day of January, 2018, ORDERED that:

The Motion is granted

JUDGMENT shall be and hereby is entered in favor of Defendant Valbin Corporation's and against Nabil Jany and Janan Dawood.

Dated: October 13, 2017       _____
                              THE HONORABLE LUCY H. KOH
                              UNITED STATES DISTRICT JUDGE

Case No. 5:17-cv-00593-LHK
[PROPOSED] ORDER GRANTING DEFENDANT VALBIN CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST NABIL JANY AND JANAN DAWOOD

1

56166039.v1