UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RESHAD SALEH,<br><br>          Plaintiff,<br><br>     v.<br><br>VALBIN CORPORATION,<br><br>          Defendant. | Case No. 17-CV-00593-LHK<br><br>**JUDGMENT** |

On November 15, 2018, the Court granted the parties' joint motion for settlement approval. ECF No. 128. Accordingly, the Clerk shall enter judgment in this case and close the file.

**IT IS SO ORDERED.**

Dated: November 15, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-00593-LHK
JUDGMENT

1